**Elizabeth Warren, plaintiff in error, v. Grand Lodge of Brotherhood of Railroad Trainmen, defendant in error. Gen. No. 7,069.**

Suit on benefit certificate. Judgment for defendant. Error to the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 18, 1923.

J. B. Wolfenbarger and Joseph Storey, for plaintiff in error. George J. Jochem, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

**L. J. Kendall et al., appellants, v. A. M. Montgomery et al., appellees. Gen. No. 7,200.**

Mandamus against drainage district to compel levy for certain improvements. Judgment for commissioners. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed October 18, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Clyde Smith, for appellants; M. A. Stiver, of counsel. Josef T. Skinner and J. L. Spaulding, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

**Kreig Tanning Company, appellant, v. C. V. Engstrom & Company, appellee. Gen. No. 7,206.**

Suit for purchase price of leather. Plea of set-off. Finding on set-off for defendant. Judgment for plaintiff for balance. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed October 18, 1923.

Covey, Campbell & Covey, for appellant. L. E. Sutherland, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**F. G. Buckley & Brothers Company, appellant, v. Mary Emma Stickney et al., appellees. Gen. No. 7,217.**

Bill to foreclose mechanic's lien. Decree against certain intervening petitions for liens. Appeal from the Circuit Court of Henry county; the Hon. Graves and Church, Judges, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed October 18, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Clark Aby and McKinley & Price, for appellant. Sturtz & Ewan, for appellees.

Mr. Justice Jones delivered the opinion of the court.